17-MJ-929 KMM

## IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Case No.: HC/OS 436/2016

Doc No.: HC/ORC 3399/2016

Filed: 30-March-2017 06:03 PM

In the matter of Sections 29 and 30 of the Mutual Assistance in Criminal Matters Act (Cap. 190A)

And

In the matter of Order 89B, Rule 4 of the RULES OF COURT (Cap. 322, Rule 5)

And

In the matter of an Order of Forfeiture of the United States District Court for the Eastern District of Pennsylvania of the United States of America

ATTORNEY-GENERAL
(ID Unknown)

...Applicant(s)

### ORDER OF COURT
(Amendment No. 1, By Order of Court made on 28 March 2017)

Before:   Judicial Commissioner Debbie Ong Siew Ling in Chambers

Date of Order : 24-May-2016

Upon the ex parte application of ATTORNEY-GENERAL (ID unknown) the Applicant in this action coming on for hearing this day and upon reading the affidavit of Xie Xuelian Sharon filed on 4 May 2016 and upon hearing counsel for the Applicant,

It is ordered that:

1.   The Final Order of Forfeiture of the United States District Court for the Eastern District of Pennsylvania of the United States of America dated 8 January 2008, whereby it was ordered that the following properties:

   (a)   All funds on deposit at ICICI Bank, Singapore, Account No. 888215005853;

   (b)   All funds on deposit at ICICI Bank, Singapore, Account No. 888215002467;

   (c)   All funds on deposit at ICICI Bank, Singapore, Account No. 888215004403; and

   (d)   All funds on deposit at ICICI Bank, Singapore, Account No. 888215002641,



SCANNED DEC 11 2017 U.S. DISTRICT COURT ST. PAUL

1010 hrs
WM 12/4/17

belonging to one Akhil Bansal, Brij Bansal and one Foram Ashwin Mankodi be forfeited to the United States of America, be registered as a foreign confiscation order in the High Court of Republic of Singapore pursuant to section 30 of the Mutual Assistance in Criminal Matters Act (Cap 190A).

2. The above-named Akhil Bansal, Brij Bansal and Foram Ashwin Mankodi be at liberty to apply to cancel the registration within 21 days after service upon them of the notice of such registration pursuant to Order 89B rule 7 of the Rules of Court (Cap 322, Regulation 5) if they have grounds for doing so, and the said confiscation order shall not be enforced until after the expiration of that period or any extension of that period granted by this Honourable Court, or an application be made to cancel the registration, until such application has been disposed of.

3. There be liberty to apply.

VINCENT HOONG
REGISTRAR
SUPREME COURT
SINGAPORE